UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Elizabeth Mewborn, guardian and next friend of the minor child N.V. ,**  **Plaintiff,**  v.  **GOVERNMENT OF DISTRICT OF COLUMBIA,**  **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 03-2432 (RCL) |

## ORDER

For the reasons set forth in the Memorandum Opinion issued this date, and upon consideration of the defendant's Motion [14] for Summary Judgment, the opposition thereto, the reply brief, the applicable law, and the entire record herein, it is hereby

ORDERED that the defendant's Motion [14] for Summary Judgment is DENIED.

Furthermore, for the reasons set forth in the Memorandum Opinion issued this date, and upon consideration of the plaintiff's Motion [13] for Summary Judgment, the opposition thereto, the reply brief, the applicable law, and the entire record herein, it is hereby

ORDERED that the plaintiff's Motion [13] for Summary Judgment is GRANTED; and it is further

ORDERED that plaintiff is awarded within thirty (30) days a new and appropriate IEP and placement for failure of DCPS to provide one during the 2003-04 school year.

Plaintiff may submit an application for attorneys fees and costs in accordance with LCvR

54.2.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 22, 2005.